UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ALLAN G. ANDAIN                              :   CASE NO. 14-13331-bif

## CHAPTER 13 PLAN

1. Plan Funding and Length of Plan:  A. The future earnings of the debtor are submitted to the supervision and control of the Trustee and the debtor – Debtor shall pay the Trustee the sum of $407.00 monthly for a period of Sixty (60) months. The total base amount of the Plan is $24,391.00.  B. N/A.      C. For amended Plans (See above).

2. SECURED CLAIMS:
   (A) Adequate Protection Payments under Section 1326.

   (B) Mortgagees and other direct payments from the Debtor. Payments will be made outside the Plan according to the original contract terms, with no modification of contract terms and with liens retained. for lenders under this subsection .

   (C) ARREARS

Bank of NY/Mellon Pre-petition estimated arrears $16,500.00  Post-petition arr. to be cured $____ int ____ %;

                                     Total to be paid in Plan $24,391.00
   (D) Secured Claims Paid according to Modified terms.

   (E) Other Secured claims (None); (F) Surrender of collateral (None) (G) Lien Avoidance und Sec 522(f)

3. PRIORITY CLAIMS  A.  NONE.

4. UNSECURED CLAIMS
   A. Claims of Unsecured Nonpriority Creditors Specially Classified, Includes unsecured claims, such as co-signed unsecured debts that will be paid in full even though all other unsecured debts may not be paid in full. N/A   THIS IS A ONE HUNDRED PERCENT PLAN
   B. Claims of General Unsecured Creditors. The debtor estimates that a total of $_____.00 will be available for distribution to unsecured creditors. The debtor calculates that a minimum of $0.00 must be paid to unsecured creditors in order to comply with the liquidation test for the confirmation and the debtor calculates that a minimum of $0.00 must be paid unsecured, non-priority creditors in order to comply with Means Test.
   C. Funding:  This is a 100% Plan

   5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES: None assumed
   6. OTHER PROVISIONS: Within 30 days after all payments pursuant to the Plan are made, Mortgage Company shall mark the mortgage foreclosure action against satisfied. Each party to bear its own costs. the Court shall retain jurisdiction to enforce this provision.
   7. Not applicable
   8. Revesting of Property: the property of the estate will vest in the debtor upon confirmation.

Dated: April 7, 2014    _____    _____
                                                  ALLAN G. ANDAIN , DEBTOR
                                                  By: Gloria Johnson, Attorney-in -fact

Acceptances may be mailed to: Wayne R. Cromie, Esq 401 West Johnson Highway, Norristown, PA 19401